# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

Lee Mason,

Casey Mason,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Aaron Gerber,

James Hitchcock,
Bureau of Alcohol, Tobacco, Firearms + Explosives

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: 1:24cv44 MW/MJF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES   ☐ NO

FILED USDC FLND GV
MAR 1 '24 PM 3:47   AF

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Lee Mason

   Address: 4300 SE County Road 337

   City, State, and Zip Code: Trenton, FL 32693

   Telephone: 386-344-3696 (Home) 386-344-3696 (Cell)

2. Plaintiff's Name: Casey Mason

   Address: 4300 SE County Road 337

   City, State, and Zip Code: Trenton, FL 32693

   Telephone: 386-344-0670 (Home) 386-344-0670 (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: Aaron Gerber

   Name of Employer *(if relevant)*: Bureau of Alcohol, Tobacco, Firearms and Explosives

   Address: 400 N. Tampa Street Suite 2100

   City, State, and Zip Code: Tampa, FL 32602

2. Defendant's Name: James Hitchcock

Name of Employer *(if relevant)*: Bureau of Alcohol, Tobacco, Firearms & Explosives

Address: 3452 Lake Lynda Drive Suite 450

City, State, and Zip Code: Orlando, FL 32817

3. Defendant's Name: _____

Name of Employer *(if relevant)*: _____

Address: _____

_____

City, State, and Zip Code: _____

*(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000. 28 U.S.C. § 1332.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Question ☐ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: U.S.C 18 923(F)(2), 922(t)(5), 923(e), 922(t)(5) 924(p), 923(d), 923(f)(3)

B. If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

    a. Plaintiff is an individual and a citizen of: _____

    b. If any Plaintiff is a business or corporation, list the State where the business is incorporated _____ or has its principal place of business: _____

    *(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

    a. If the Defendant is an individual, identify their citizenship below.

        1. Defendant *(name)* _____

           is a citizen of *(State)* _____

        2. Defendant *(name)* _____

           is a citizen of *(State)* _____

        3. Defendant *(name)* _____

           is a citizen of *(State)* _____

    b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

        1. Defendant *(name)* Aaron Gerber

           State of Incorporation is Florida

           or Principal Place of Business is Bureau of Alcohol Tobacco, Firearms + Explosives

        2. Defendant *(name)* James Hitchcock

           State of Incorporation is Florida

           or Principal Place of Business is Bureau of Alcohol Tobacco, Firearms + Explosives

        *(Attach additional page if necessary to list all Defendants.)*

3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes  ☑ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

_See attachment_

_____

_____

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. *See attachment.*

_____

_____

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3/1/24   Plaintiff's Signature: _____

Printed Name of Plaintiff: Lee Mason

Address: 4300 SE County Road 337

Trenton, FL 32693

E-Mail Address: ArchAngelGear@yahoo.com

Telephone Number: 386-344-3696

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

February 29, 2024

In December of 2023, ArchAngel Gunsmithing and Outfitters had its first inspection by the ATF. ArchAngel Gunsmithing and Outfitters has been in business for 10 years. Our inspection agent was James Hitchcock. He came in stating who he was and what he was there for. We complied with every request and made everything accessible to him.

At the end of his inspection Mr. Hitchcock provided a list of items that needed to be corrected and indicated a return visit would be necessary. We explained that as sole proprietors with no additional staff, the years have shown that the best window for family time is just after the holidays, and we were preparing to leave for a family vacation. He indicated this was not a problem and arranged a date for as soon as we returned. He appeared satisfied with the explanation and the agreed date.

Upon his return visit, we provided the additional paperwork he requested, and everything was accounted for but one 4473 form. We looked through all the files of paperwork and Mr. Hitchcock found the background check that was missing. The missing form was in another file. According to Mr. Hitchcock, the transaction number on the missing form was incorrect and not located in the FDLE call log. In fact, it had been assigned to another vendor & purchaser dated some 4 months after the date our transaction occurred, raising questions about how this may have happened. Since it is our practice and policy to do these as soon as submitted, we were at a loss to explain how this happened.

For full disclosure, the person that has the in question background check is a blood relative that has made multiple purchases in the past, and each one was properly executed. We ran another background check for the same firearm and was provided another NICS number. We provided that background check to the DIO at the hearing. We also took possession back of the firearm.

At some point in during the hearing, Mr. Hitchcock implied we could have used the delay between the 2 visits to modify the file in question and/or falsify the background check on this transaction. Claiming others had tried in the past to estimate future FDLE numbers, Mr. Hitchcock indicated he believed that is what we had done rather than accepting that this was more likely to be a simple clerical error.

After the hearing, we waited to hear back from the ATF in regarding that status of what decision was to be made about our license. In January 2024 we received a certified letter from ATF stating that our license was to be revoked. ATF claims that we willfully falsified the 4473 background check.

When we received another certified letter stating that our license was revoked it was a shock, given it was a single event in the 10 years we had been operating, there was no evidence of intent to conceal, and no evidence any records had been altered or falsified.

Relief Requested

From January 20, 2024, we have stopped all licensed activities due to the revocation of our Federal Firearms License.  We have lost income and business due to this. We have lost thousands of dollars of income due to this situation. We are sole proprietors, and this is our sole means of income for our family. We are looking for the court to reinstate our license to allow us to continue selling firearms and continue gunsmithing work.